NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JONATHON BRAY,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D17-4176
                                        )
NAJLA BRAY k/n/a Najla Murray,          )
                                        )
            Appellee.                   )
_____ )


Opinion filed January 23, 2019

Appeal from the Circuit Court for
Sarasota County; Kimberly C. Bonner,
Judge.

Francis Massabki of Francis
Massabki, P.A., Miami Beach, for
Appellant.

Sari Lynn Reegler of Reegler &
Tornese, P.A., Venice, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, VILLANTI, and SALARIO, JJ., Concur.